# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | **Case No.:** 2:25-mj-434 |
| United States of America | ) | |
| v. | | |
| John McGuirl | ) | **Magistrate Judge** Deavers |
| 2438 Lyncross Street | ) | |
| Grove City, Ohio 43213 | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252, 2252A – the distribution, transmission, receipt, and/or possession of child pornography, or attempts of. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that John **MCGUIRL** (MCGUIRL) committed the violations listed above.

2. I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

## PROBABLE CAUSE

3. In January 2025, Kik submitted a complaint to the National Center for Missing and Exploited Children (NCMEC) concerning unconfirmed child sexual abuse material and the possible sexual assault of a child. This was documented by the NCMEC under CyberTipline Report #205157457. According to Kik, chat logs from December 22, 2024 revealed that an unidentified individual (UIN) potentially had access to a 6-year-old female (MV1) and was producing child pornography of her. The UIN appeared to be sharing the content with other

Kik Users who were engaging in sexualized messages about the MV1.

4. One of the recipients of the images and videos distributed by the UIN was identified as Kik user "crzycaptjack", now known to be John MCGUIRL. The IP utilized by "crzycaptjack" to log in to the Kik account was included in the reports and geolocated to central Ohio. It was additionally included in the report that the IP address utilized by the "crzycaptjack" belonged to Breezeline, Inc.

5. A subpoena was submitted requesting subscriber information. The following information was included in Breezeline's response: subscriber name and address - John **MCGUIRL**, 2438 Lyncross St., Grove City, Ohio. Based on this information the CyberTip was assigned to the Franklin County Sheriff's Internet Crimes against Children (ICAC) Task Force for further investigation.

6. The CyberTipline Report and reported content were reviewed by law enforcement. The conversation between **MCGUIRL**, who utilized the Kik username "crzycaptjack" and the UIN involved material depicting images and videos of the UIN's alleged 6-year-old daughter. More specifically, the images received by **MCGUIRL** depicted an adult male lying on a bed next to a young prepubescent female who was looking at a cell phone. The adult male was seen rubbing his penis beside her. In addition, the UIN distributed to **MCGUIRL** a video depicting an adult male taking the child's foot and rubbing his penis with it. In response to receiving the video and what he would do to the MV1 depicted in it, **MCGUIRL** wrote "I'd cream every hole and send her home with cum dripping from everywhere." The UIN asked **MCGUIRL** "what is the youngest you'd root?" to which **MCGUIRL** responded "Your daughter is about right".

7. Upon further investigation, law enforcement learned **MCGUIRL** had a prior conviction out of the Clark County, Ohio, Court of Common Pleas under case number 04-CR-875. In that case, **MCGUIRL** was convicted of Importuning, in violation of Ohio Revised Code (ORC) 2907.07, Attempted Unlawful Sexual Conduct with a Minor, in violation of ORC 2923.02 and 2907.04, and Possession of Criminal Tools, in violation of ORC 2923.24(A). On July 3, 2006, **MCGUIRL** was sentenced to a total of 24 months incarceration and required to register as a sex offender. **MCGUIRL**'s offender registration ended in 2017.

8. On or about March 3, 2025, a search warrant was submitted to Kik requesting content of user account "crzycaptjack". Responsive records from **MCGUIRLS'** account contained several images of pubescent females and multiple conversations expressing his desire to engage in sexual acts with minor females approximately 12–16-year-olds. The conversation reported by Kik was also in the response data along with multiple images and videos of **MCGUIRL** engaged in masturbation. One particular image included in the return data depicted **MCGUIRL** standing naked at the front window of his residence, looking outside. **MCGUIRL** was physically positioned in a way where anyone in the immediate public area could see him.

9. During the conversation with another user with whom **MCGUIRL** shared the nude photo, **MCGUIRL** stated: "Unfortunately, no schoolgirls live on my street". **MCGUIRL** also made statements about wanting to "rape" two female relatives. In reference to this conversation, **MCGUIRL** shared a picture depicting two (2), clothed teenage girls and shared a video of him masturbating to the photo. It was later discovered that the picture depicted two relatives of **MCGUIRL**, one of whom was approximately 14 years old in the image (MV2) and one of whom was approximately 16 years old in the image (MV3)[1].

---

[1] For purposes of this affidavit, MV2 and MV3 are listed as minors because of their age at the time they were depicted in the image, however, your affiant has since learned that both females are now adults.

10. Law enforcement deconflicted the target IP address belonging to **MCGUIRL** (associated with CyberTipline Report #205157457.  The search revealed two additional CyberTipline Reports - #195656811 and #196481781.

11. In CyberTipline Report #195656811, law enforcement learned that on or about June 24, 2024, Kik reported username "nood_dude" had distributed two (2) videos containing child pornography. The reported video files were the same file distributed twice. One file was shared to a group and then the video again shared to an additional user via private chat. The video depicted a prepubescent female sitting down with no underwear on what appears to be a bathroom floor. Her legs were spread apart and she was engaged in masturbation in front of a recording device.

12. On or about June 17, 2025, a search warrant was sent to Kik for the content of CyberTipline Report #195656811 and username "nood_dude". Responsive records contained multiple videos and images depicting child pornography. Included in the responsive data were multiple images and videos of **MCGUIRL** engaged in masturbation.

13. In CyberTipline Report # 196481781, law enforcement learned that on or about July 15, 2024, Kik reported **MCGUIRL,** using username "nood_dude2" distributed two (2) videos of child pornography. Both videos depicted prepubescent females engaged in masturbation. One video depicted a prepubescent female (approximately 10 to 12 years old) with no underwear on. She was depicted on her knees and backing up to the recording device exposing her genitalia to the camera which she inserted her fingers in her vagina. This video was sent to another user via private message on June 26, 2024. The other video depicted a prepubescent female (approximately 10- 12 years old) with no underwear on. She was standing on one leg as she propped her other leg on a table exposing her genitalia to the recording device, while masturbating. It was sent to another user via private message on July 1, 2024.

14. A search warrant was submitted to Kik requesting content of **MCGUIRL**'s user account "nood_dude2" and responsive records revealed several images and videos depicting child pornography. There were conversations in which **MCGUIRL** was sexting with a female who stated she was 12 years old. Additional conversations were discovered of **MCGUIRL seeking** out young females to masturbate to in "real life". Included in the responsive data were multiple images and videos of **MCGUIRL** engaged in masturbation.

15. On June 11, 2025, members of the Franklin County ICAC Task Force executed a search warrant at 2438 Lyncross Street and learned **MCGUIRL** was located in Huntsville, Alabama, away on business.  That same day, an arrest warrant was filed for **MCGUIRL** in Franklin County and Huntsville Alabama law enforcement officials were contacted.  As a result, **MCGUIRL** was located and arrested and on his person was a Dell Laptop Computer and a cell phone.  Forensic examination of these devices is still pending.

16. Based upon the above information, your affiant submits that there is probable cause to believe that John **MCGUIRL** has committed offenses in violation of 18 U.S.C. §§ 2252, 2252A – the distribution, transmission, receipt, and/or possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

_____
Sara Sellers
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this __23d__ day of July, 2025



Elizabeth A. Preston Deavers
United States Magistrate Judge